IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRANCE D. WOODS, )
)
    Plaintiff, )
)
VS. ) No. 04-1310-T/An
)
JANE/JOHN DOE, ET AL., )
)
    Defendants. )

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Terrance D. Woods, formerly an inmate at the Northwest Correctional Complex in Tiptonville, Tennessee, filed a *pro se* complaint asserting causes of action under several federal statutes, along with a motion to proceed *in forma pauperis* and a motion for appointment of counsel.

In accordance with 28 U.S.C. § 1915(e)(2), *pro se* complaints are screened by the Court in order to determine whether process should be issued or whether the case should be summarily dismissed. The complaint in this case is still undergoing that initial screening. Therefore, plaintiff's motion for appointment of counsel is DENIED as premature. Plaintiff may refile the motion if his case is allowed to go forward.

IT IS SO ORDERED.

                                            JAMES D. TODD
                                            UNITED STATES DISTRICT JUDGE

                                            23 September 2005
                                            DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01310 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Terrence Woods
9911 Hwy 412
West Trailer (A)
Lexington, TN 39351

Honorable James Todd
US DISTRICT COURT